APPEAL No. 310. ROBERT COLVIN *v.* EARL GOLDENBERG, *alias.* Motion of plaintiff to dismiss defendant's appeal granted with-

out prejudice to right of defendant to raise issues presented on a subsequent appeal. *S. Everett Wilkins,* for plaintiff. *Israel Moses,* for defendant.